EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* JUSTINA GONZÁLEZ, acusada y apelante.

Números: CR-62–157, CR-62–158    Resueltos: 16 de noviembre de 1962

*Héctor Lugo Bougal* y *Julio Fernández Cabrera*, abogados de la apelante; *J. B. Fernández Badillo, Procurador General,* y *Peter Ortiz, Procurador General Auxiliar,* abogados de El Pueblo.

Sala integrada por el Juez Presidente Señor Negrón Fernández y los Jueces Asociados Señores Blanco Lugo y Ramírez Bages.

PER CURIAM: La apelante fue convicta de dos infracciones a la sección 4 de la Ley Núm. 220 de 15 de mayo de 1948, 33 L.P.R.A. sec. 1250, y sentenciada a cumplir seis meses de cárcel. En el presente recurso sostiene que la evidencia presentada es insuficiente y que el tribunal ha debido concederle el beneficio de la duda razonable.

Una lectura de la declaración del agente encubierto demuestra que la prueba ofrecida es suficiente para sostener el fallo condenatorio. Este caso está íntimamente relacionado con los recursos Cr–62–170 y Cr–62–171, *El Pueblo de Puerto Rico* v. *Carmen María Torres González*, en los cuales

confirmamos las convicciones de la hija de la apelante. Conviene apuntar que en el curso del juicio se ofrecieron dos pedazos de papel entregados por la acusada apelante al agente encubierto al efectuarse las transacciones de venta que contienen una relación de los números jugados y otros detalles relacionados con el juego ilegal de la bolita, escritos de puño y letra de aquélla. No se realizó el más mínimo intento por desvirtuar esta prueba. Realmente no comprendemos cómo pueda pretenderse que se le concediera el beneficio de la duda razonable.

*Se confirmarán las sentencias dictadas por el Tribunal Superior, Sala de Ponce, en 13 de junio de 1961.*